**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT C. WATKINS AND SCOTT R. WATKINS,

          Respondents

          v.

JOSEPH RIAD,

          Petitioner

: No. 90 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.